Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| ABRAHAM COLÓN LÓPEZ<br><br>Recurrido<br><br><br>v.<br><br><br>ODEMARIS ORTIZ ORTIZ<br><br>Peticionaria | KLCE202500030 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón, Sala de Relaciones de Familia y Asuntos de Menores<br><br>Caso número:<br>D CU2012-0254<br><br>Sobre:<br>Custodia |

Panel integrado por su presidenta, la jueza Ortiz Flores, la juez Aldebol Mora y la jueza Boria Vizcarrondo.

Aldebol Mora, Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de febrero de 2025.

Examinado el *Certiorari* instado por la parte peticionaria, Odemaris Ortiz Ortiz, el 10 de enero de 2025, y transcurrido mayor término a lo concedido sin que el recurrido haya acreditado escrito alguno ante esta Curia, procedemos a resolver sin el beneficio de su comparecencia:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2025 _____